*The United States*
*vs*
*a quantity of wheat &c*  }

H. Hickman att<sup>y</sup> for ptffs

Territory of Michigan

The United States *of America to W<sup>m</sup> Morris,....Tremblé—Augustin Fran-
coeur*— We command you and firmly enjoin you that laying all other matters
aside, you personally be and appear before the Judges of our Supreme Court,
at Detroit, at the clerk's office forthwith to testify all and Singular you Know
in a certain action now depending and then and there to be tried between the
United States against a quantity of wheat &<sup>c</sup> hereof fail on the penalty of five
hundred dollars— Witness Augustus B. Woodward Chief Judge of our Said
Court the Seventeenth day of Dec<sup>ber</sup> 1810    Peter Audrain    clk. S. C.
[seal]